IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHIRLEY D. SHARPE, and all others similarly situated,**<br>Plaintiff,<br><br>v.<br><br>**MIDLAND CREDIT MANAGEMENT, and MIDLAND FUNDING, LLC,**<br>Defendants. | CIVIL ACTION<br><br>NO. 16-6256 |

# O R D E R

**AND NOW**, this 1st day of September 2017, upon consideration of Midland Credit Management, Inc., and Midland Funding, LLC's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) (Document No. 12, filed May 30, 2017), Plaintiff's Opposition to Defendants' Motion for Judgment on the Pleadings (Document No. 17, filed June 16, 2017), and Reply to Plaintiff's Response in Opposition to Defendants, Midland Credit Management, Inc., and Midland Funding, LLC's Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) (Document No. 20, filed June 29, 2017), for the reasons set forth in the Memorandum dated September 1, 2017, **IT IS ORDERED** that defendants' Motion for Judgment on the Pleadings is **DENIED.**

**IT IS FURTHER ORDERED** that a scheduling conference by telephone will be conducted in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.