# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHIRLEY D. SHARPE, and all others similarly situated,<br>        Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, and MIDLAND FUNDING, LLC,<br>        Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-6256 |

## O R D E R

**AND NOW**, this 4th day of April, 2019, this putative class action having been reported settled subject to the obtaining of court approval, following a telephone conference with the parties, through counsel on April 4, 2019, **IT IS ORDERED** that, on or before May 17, 2019, counsel for plaintiff shall file and serve the settlement documents, and a motion for preliminary approval of the settlement and notice to the class. One (1) copy of each such document shall be served on the Court (Chambers, Room 12613) when the original is filed.

                                                  **BY THE COURT:**

                                                  /s/ Hon. Jan E. DuBois

                                                  DuBOIS, JAN E., J.